AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Edwards, Harry T | 2. Court or Organization<br><br>USCA for D.C. Circuit | 3. Date of Report<br><br>5/9/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Circuit Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>5400 U.S. Courthouse<br><br>333 Constitution Ave., NW<br><br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | American Law Institute |
| 2. | Member | |
| 3. | Member | American Bar Association |
| 4. | | UNIQUE Learning Center, Washington, D.C. |
| 5. | Board of Directors | Institute of Judicial Administration, NYU Law School |
| 6. | Fellow | American Bar Foundation |
| 7. | Part-Time Adjunct Prof of Law | : ool] |
| 8. | Member | Supreme Court Historical Society |
| 9. | National Council | Washington University School of Law in St. Louis, MO. |
| 10. | Advisory Board | Judicial Outreach Program , The American Society of International Law |

2005 MAY 13 A 11:0 RECEIVED DISCLOSURE FINANCIAL OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2004 | NYU Law School, Part-time Adjunct Professor of Law |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | NYU Law School, Part-time Adjunct Professor of Law | 23,700.00 |
| 2. | | | |
| 3. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Michigan Law School, Ann Arbor, MI | 2/2-2/4. Ann Arbor, MI. Transportation, meals, lodging. Keynote address at African American Heritage Program. |
| 2. | Washington Univ. School of Law in St. Louis, MO | 2/17-2/19. St. Louis, MO. Transportation, meals, lodging. Tyrell Williams Lecturer. |
| 3. | University of Mississippi Law School, Oxford, Miss. | 2/25-2/27. Oxford, MS. Transportation, meals, lodging. Guest Lecturer at Public Forum. |
| 4. | NYU Law School, New York, NY. | 3/24-3/31. New York. Transportation, meals, room. Speaker at program on the Law Clerk Hiring Plan. Research & preparation for law teaching. |
| 5. | Fred Friendly Seminar Series for PBS. | 4/28-4/30. Philadelphia, PA. Transportation, meals, room (incl. ▇▇▇. Seminar panelist. |
| 6. | National Employment Law Council. | 4/28-4/30. Atlanta, GA. Transportation, meals, room. Speaker at Nat'l Employment Law Council Annual Conference. |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | Washington & Lee School of Law. Lexington, VA. | 5/7-5/9. Lexington, VA. Transportation, meals, room (incl. ████ Commencement speaker. |
| 8. | NYU Law School, New York, NY. | 6/1-6/3. New York. Transportation, meals, room. Meeting with Dean re teaching. Preparation of teaching materials. |
| 9. | U.S. Courts. | 6/15-6-18. Transportation, meals, room. Circuit Judicial Conference in Hot Springs, VA. |
| 10. | NYU Law School. New York, NY. | 8/24-8-26. New York, NY. Transportation, meals, room. Teaching. |
| 11. | NYU Law School, New York, NY | 9/7 - 9/8. New York City. Room, meals, transportation. Teaching. |
| 12. | NYU Law School, New York, NY | 9/14-9/15. New York City. Room, meals, transportation. Teaching. |
| 13. | NYU Law School, New York, NY | 9/21-9/22. New York City. Room, meals, transportation. Teaching. |
| 14. | NYU Law School, New York, NY | 9/28-9/29. New York City. Room, meals, transportation. Teaching. |
| 15. | NYU Law School, New York, NY, and Philadelphia Bar Association. | 9/30-10-3. Philadelphia, PA. Room, meals, transportation (incl. ████ Speaker and conference participant at JTBF judges' conference. |
| 16. | NYU Law School, New York, NY | 10/5-10/6. New York City. Room, meals, transportation. Teaching. |
| 17. | NYU Law School, New York, NY | 10/12-10/14. New York City. Room, meals, transportation. Teaching. |
| 18. | NYU Law School, New York, NY | 10/26-10/28. New York City. Room, meals, transportation. Teaching. |
| 19. | NYU Law School, New York, NY | 11/2-11/4. New York City. Room, meals, transportation. Teaching. |
| 20. | Univ. of California at Berkeley. Berkeley, CA. | 11/15-11/17. Berkeley, CA. Room, meals, transportation (incl. ████ Speech at law school. |
| 21. | NYU Law School, New York, NY. | 11/29-11/30. New York City. Room, meals, transportation. Teaching. |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 26. | | |
| 27. | | |

FINANCIAL DISCLOSURE REPORT | Name of Person Reporting

Edwards, Harry T

5/9/2005

IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

FINANCIAL DISCLOSURE REPORT
Page 1 of 1

Name of Person Reporting

Edwards, Harry T

Date of Report

5/9/2005

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Vanguard Windsor II fund | A | Dividend | J | T | | | | | |
| 2. Vanguard Insured Long Term fund | A | Dividend | J | T | Sell | 9/14 | J | A | |
| 3. Citibank Accounts | A | Interest | J | T | | | | | |
| 4. Cape Cod Bank & Trust Accounts (now Banknorth) | A | Interest | I | T | | | | | |
| 5. Vanguard Prime Money Market | A | Dividend | J | T | | | | | |
| 6. Justice Federal Credit Union | A | Interest | J | T | | | | | |
| 7. TIAA-CREF | | None | K | T | | | | | |
| 8. Barneys New York 401(k) (CLOSED) | | | | | Closed Acc't | 12/31 | K | -- | |
| 9. Saks Fifth Avenue Retirement | | None | M | T | | | | | |
| 10. Bank of America Accounts | A | Interest | J | T | | | | | |
| 11. Chase Manhattan Bank | | None | J | T | | | | | |
| 12. Vanguard REIT Index Fund | A | Dividend | J | T | Sell | 9/14 | J | A | |
| 13. Vanguard Supplemental Retirement Annuity. | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | I = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

My FDR for 2003 inadvertently referred to "Brooks Brothers 401(k)" in the Investments and Trusts section of the report. That was a mistake. That account was closed in 2000. What should have been listed was a "Vanguard Supplemental Retirement Annuity," which is now listed on this 2004 report.

Edwards, Harry T

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date _May 9, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544